UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT WILLIAMS, *et al.*,

      Plaintiffs,

v.                             Civil Action No. 03-2245 (CKK/JMF)

MIKE JOHANNS, *et al.*,

      Defendants.

**ORDER**

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that

   1.   <u>Defendants' Motion to Compel</u> [#58] is **GRANTED**; and it is further **ORDERED** that

   2.   Plaintiffs shall serve complete answers to defendants' interrogatories and complete responses to defendants' requests for production for documents within ten days from the date of this order; and its is further **ORDERED** that

   3.   Plaintiffs' counsel shall file a brief, within ten days from the date of this order, showing cause why he should not be ordered to pay the expenses, including reasonable attorneys' fees, incurred by defendants in bringing this motion to compel.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: