## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ROBERT WILLIAMS, *et al.,*     )
                               )
         **Plaintiffs,**      )
                               )
         **v.**           )    **Civil Action No. 03-2245 (CKK/JMF)**
                               )
MIKE JOHANNS, *et al.,*       )
                               )
         **Defendants.**     )
_____)

### MEMORANDUM

Plaintiffs have recently filed a Notice to the Court to indicate requests for transcripts to be produced by Pro-Typists, the court reporter for the hearings at issue. See Plaintiffs' Notice to the Court [#149] at 1-2.  Plaintiffs' counsel apparently does not understand the docket entries he includes in the Notice and thus the Court seeks to alleviate any confusion.

Each docket entry listed by Plaintiffs' counsel indicates that a transcript has been created and is available for public viewing in the clerk's office of this Court, as stated by the language "TRANSCRIPT of [type of hearing] held on [date of hearing] before Judge [name of judge].  Court Report: Pro-Typists, Inc. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday."  The transcript for each docket entry has been available to Plaintiff's counsel and anyone else wishing to view the document since the date of the filing indicated by the docket.  In other words, the transcripts for the proceeding of June 13, 2007, have been available since August 2, 2007; for the proceedings of May 25 and June 11, 2007, since July 20, 2007; for the proceeding of January 24, 2007, since April 9, 2007; for the

proceeding of February 7, 2007, since February 27, 2007; for the proceeding of

November 16, 2006, since December 22, 2006; and for the proceeding of July 20, 2005,

since November 4, 2005.  Counsel need not pay the cost or await the time necessary to

produce new transcripts from CDs when the transcripts have already been produced as

indicated by the docket.  If he did not wish to view and take notes from the transcripts in

the Clerk's Office free of charge during any of his stays in Washington, D.C., including

for appearances in this Court, then counsel may order copies of the transcripts at any time

following the date at which the transcripts were available.[1]  Current rates for copies of

transcripts from Pro-Typists are $1.10 per page for expedited delivery (seven calendar

days) or $0.83 per page for standard delivery (thirty calendar days).


_____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE


Dated:   August 15, 2007

---

[1] Counsel should also note that his requests for transcripts from Pro-Typists must be according to the date of the hearing, **not** the date on which the transcript was filed as has apparently been requested.